**Dan PIZARRO, Petitioner—Appellant,**

**v.**

**Dennis SMITH, Respondent—Appellee.**

**No. 07–16465.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 16, 2009.*

Filed July 1, 2009.

Dan Pizarro, Atwater, CA, pro se.

Phillip A. Talbert, Esquire, USSAC–Office of the U.S. Attorney, Sacramento, CA, Bureau of Prisons, Esquire, Dublin, CA, for Respondent–Appellee.

Before: PAEZ, TALLMAN and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Federal prisoner Dan Pizarro appeals pro se from the district court's judgment entered on July 12, 2007, 2007 WL 2043848, in his 28 U.S.C. § 2241 proceeding. We have jurisdiction under 28 U.S.C. § 2253. We accord substantial deference to the district court's factual finding that Respondent complied with the district court's order. *Aloe Vera of Am., Inc. v. United States*, 376 F.3d 960, 966 (9th Cir. 2004). We affirm.

The district court correctly determined that Respondent complied with its order to evaluate Pizarro for placement in a residential reentry center without regard to 28 C.F.R. § 570.20–21. Respondent did not violate 18 U.S.C. § 3621(b) by considering Program Statement 7310.04.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.